NOTE: CHANGES MADE BY THE COURT

1

2 K. Tom Kohan, Esq.; SBN: 225420
**KOHAN LAW FIRM**
3 445 South Figueroa Street, 27th Floor
Los Angeles, California 90071
4 Tel: (310) 349-1111
Fax: (213) 612-7715
5 Email: tom@kohanlawfirm.com

6

7 **Attorneys for Plaintiff**
**McKENZIE & OKRA FABRIC, INC.**

8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| McKENZIE & OKRA FABRIC, INC., a California corporation | **CASE NO. CV-12-7670-PLA** |
| Plaintiff | **Hon. Paul L. Abrams** |
| v. | **ORDER GRANTING STIPULATED PROTECTIVE ORDER** |
| | **(Stipulated Protective Order Filed Concurrently Herewith)** |
| NORDSTROM, INC., a Washington corporation; CATWALK TO SIDEWALK, INC., a California corporation dba BELLATRIX; KYONG WON KANG, an individual; SUNG WOO TEXTILE, INC., a California corporation; SEUNG HO CHOI, an individual; and DOES 1-10, inclusive, | |
| Defendants. | |

1

**ORDER GRANTING STIPULATED PROTECTIVE ORDER**

1 | The Stipulated Protective Order having been read and considered, and for
2 | good cause appearing:
3 |     IT IS SO ORDERED.
4 | DATED:    December 5, 2012
5 |                                          _____
                                              Hon. Paul L. Abrams
6 |                                          United States Magistrate Judge

2

**ORDER GRANTING STIPULATED PROTECTIVE ORDER**