NOTE: CHANGES MADE BY THE COURT

1

2  K. Tom Kohan, Esq.; SBN: 225420
**KOHAN LAW FIRM**
3  445 South Figueroa Street, 27th Floor
Los Angeles, California  90071
4  Tel: (310) 349-1111
Fax: (213) 612-7715
5  Email: tom@kohanlawfirm.com

6

7  **Attorneys for Plaintiff
McKENZIE & OKRA FABRIC, INC.**

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11

12  McKENZIE & OKRA FABRIC, INC., a   )
California corporation                              )   **CASE NO. CV-12-7670-PLA**
                                                                )
13                              Plaintiff                    )   **Hon. Paul L. Abrams**
                                                                )
14                                                              )   **ORDER GRANTING
                                                                )   STIPULATED PROTECTIVE
15           v.                                                )   ORDER**
                                                                )
16                                                              )   **(Stipulated Protective Order Filed
                                                                )   Concurrently Herewith)**
17  NORDSTROM, INC., a Washington  )
corporation; CATWALK TO                     )
18  SIDEWALK, INC., a California              )
corporation dba BELLATRIX; KYONG)
19  WON KANG, an individual; SUNG       )
WOO TEXTILE, INC., a California         )
20  corporation; SEUNG HO CHOI, an      )
individual; and DOES 1-10, inclusive,    )
21                                                              )
                              Defendants.                )
22  _____)

23

24

25

26

27
                                              1
28  _____
      **ORDER GRANTING STIPULATED PROTECTIVE ORDER**

1  The Stipulated Protective Order having been read and considered, and for good cause appearing:

IT IS SO ORDERED.

DATED: December 5, 2012

_____
Hon. Paul L. Abrams
United States Magistrate Judge

**ORDER GRANTING STIPULATED PROTECTIVE ORDER**